MARCUS SCHWARTZ et al. v. SERUTAN Co. et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See *ante*, p. 808.]

MARIE L. BARRETT, as Ancillary Executrix of ELIZABETH S. VISGER, Deceased, v. METROPOLITAN OPERA ASSOCIATION, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ. [See *ante*, p. 758.]

EDWARD J. SKROD v. FRANK MARTORELLA.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 809.]

In the Matter of the Arbitration between ARMAND LEVY and CHANTOUB BENICHOU.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See *ante*, p. 807.]

FIDELITY AND CASUALTY COMPANY OF NEW YORK v. FISCHBACH & MOORE, INC., et al.— Motion for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [See *ante*, p. 830.]

HARRY GLOVERMAN v. HAROLD B. DECKOFF, Doing Business as TRIBUNE PRINTING Co.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See 269 App. Div. 1022.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 277 PARK AVENUE CORPORATION against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante*, p. 830.]

In the Matter of LOUIS BAKER et al. against MACFADDEN PUBLICATIONS, INC., — Motion for leave to appeal to the Court of Appeals denied as unnecessary. (See Civ. Prac. Act, § 588, subd. 1, pars. [b], [c].) Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ. [See *ante*, p. 440.]

LOUIS BAKER et al., Suing on Behalf of Themselves and All of the Stockholders of Macfadden Publications, Inc., Similarly Situated, v. JOHN H. BOORD et al., and MACFADDEN PUBLICATIONS, INC.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ. [See *ante*, p. 440.]

ANNA E. MARR, Individually and as Administratrix with the Will Annexed of the Estate of ARTHUR P. MARR, Deceased, v. JOSEPH FRANK et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 445.]

MOODY SONN et al. v. CY RHEIMS CORP. and HILDA R. GILMAN, as Administratrix of the Estate of CYRUS RHEIMS, Deceased.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante*, p. 833.]

## (March 29, 1946.)

GOLDIE LICHTMAN, Respondent, v. BENJAMIN LICHTMAN, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.